**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRITTANY GRIESEL and

PAUL NAEGER

    Defendants.

Case No. 2:20-mj-00892-VCF

**FINDINGS AND ORDER**

    Based on the pending Stipulation between the defense and the government, and good cause appearing therefore, the Court hereby finds that:

1. The parties have reached agreements to resolve the case against Defendant Griesel and Naeger, and addition time is needed to formalize the agreements. Furthermore, once the agreements are submitted for the Court's review, the Court would need additional time to consider the agreements. The Court finds good cause to continue the hearing to allow the parties to finalize a pre-indictment resolution.

2. Both counsels for Defendants Griesel and Naeger, and counsel for the government, agree to the continuance.

3. Defendants Griesel and Naeger are not in custody and agree to the continuance.

4. The continuance is not sought for the purposes of delay, but to allow the parties to formalize a pre-indictment resolution.

5.  Denial of this request could result in a miscarriage of justice, and the ends of justice served by granting this request outweigh the best interest of the public and the defendants in a speedy trial.

6.  The additional time requested by this stipulation is excludable in computing the time within which indictment must be filed pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b), and considering the factors under 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv).

THEREFORE, IT IS HEREBY ORDERED that the preliminary hearings for Defendants Griesel and Naeger, in the above-captioned matter, previously scheduled for June 14, 2021, at 4:00 p.m., be vacated and continued to September 13, 2021, at 4:00 p.m. in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED this 7th day of June, 2021.

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE